FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 DEC -6 AM 11: 17
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE, FLORIDA

KEVIN CUSHING,

    Plaintiff,

v.    Case No. 3:11-cv-107-J-20TEM

UNITED STATES OF AMERICA,

    Defendant.
_____/

## AMENDED SCHEDULING ORDER

Before the Court is a Consent Motion for Enlargement of Deadlines in Case Management and Scheduling Order (Doc #10) filed November 30, 2011. The Court will construe this as an unopposed motion. While the motion correctly states that a court may for good cause extend time, the instant motion does not reveal any cause, let alone good cause. Additionally, thirty days past the discovery deadline and on the eve of the deadline for the filing of dispositive motions is not the time to file a motion for extension. Such an action presumes that the motion will be granted, which is a presumption that should not be made. The parties are advised that the dates in the Case Management and Scheduling Order (Doc #7 entered June 15, 2011) are not advisory; they are to be followed.

In reviewing the motion, the parties are requesting that the deadlines be enlarged by thirty to sixty days; however, in actuality the request is for an enlargement in excess of 120 days. Counsel also incorrectly states that the Case Management and Scheduling Order set a deadline of September 1, 2011 for the Disclosure of Expert Testimony when in fact, the Order is silent as to this matter.

This case is not a complicated case. The complaint filed on February 1, 2011 which was three pages, alleges that the Plaintiff, who was riding a bicycle, was struck by a United States Postal vehicle. An answer was filed April 22, 2011. Notice of a mediation hearing set for November 2011 was filed July 13, 2011. It is just now that the parties seek an extension.

While the Court strongly disfavors continuances after the entry of the Case Management and Scheduling Order (Local Rule 3.05(c)(2)(E)), so that the parties to this action are not compromised by the delay of their counsel, the Motion is **GRANTED IN PART AND DENIED IN PART**. The Case Management and Scheduling Order entered June 15, 2011 (Doc. #7) is hereby amended as follows:

(1) **All** discovery shall be completed no later than close of business **January 3, 2012**. This includes disclosure of expert testimony.

(2) All potential dispositive motions shall be filed no later than **February 3, 2012**.

(3) Mediation is to be conducted no later than **March 2, 2012**.

(3) The pre-trial conference will be held at **3:30 p.m. on Wednesday, April 18, 2012** in Courtroom 10C, 10th Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida

(4) This case is set for jury trial during the term commencing **Monday, June 4, 2012**, in Courtroom 10C, 10th Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

All other requirements reflected in this Court's Case Management and Scheduling Order remain as stated.

**DONE and ORDERED** at Jacksonville, Florida this _____ day of December, 2011.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:   Megan D. Searles, Esq.
             Collette Cunningham, Esq.